UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    20-CV-852
-------------------------------------------------------------x
GLOBAL NATURAL FOODS, INC.,                                      Civil Action No.: ~~20-cv-0053~~ (CS)

                      Plaintiff,                         **DEFAULT JUDGMENT**

  -against-

NATIONAL FRUIT PRODUCT COMPANY, INC.,
d/b/a WHITE HOUSE FOODS,

                      Defendant.
-------------------------------------------------------------x

      This action having been commenced on January 31, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, NATIONAL FRUIT PRODUCT COMPANY, INC., d/b/a WHITE HOUSE FOODS, on February 10, 2020 by personal service on Rhiannon Ellis, HR Admin. of defendant, and a proof of service having been filed on February 19, 2020 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $211,036.00 with interest at 9% per annum from November 7, 2018 amounting to $24,451.10 plus costs and disbursements of this action in the amount of $575.00 amounting in all to $ 236,062.10.

Dated: ~~New York~~ White Plains, New York
      5/16/20

_Cathy Seibel_

_____
Hon. Cathy Seibel, U.S.D.J.

This document was entered on the docket on _____.